438 A.2d 650

Commonwealth v. Hickey, Appellant.

Petition for Allowance of Appeal Denied Feb. 16, 1982.

 Submitted
February 4, 1981. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.

438 A.2d 651

Commonwealth v. Matokovich, Appellant.

 Argued April 30, 1981. Robert A. Banks, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.